### Petition of Anderson.

APPEAL by the mayor, aldermen and commonalty of the city of New York from an order made at special term vacating certain assessments made upon the property of the petitioner Henry James Anderson for paving First avenue in said city.

*William Barnes,* for appellants.

*E. Ellery Anderson,* for respondent.

DANIELS, J.

The only question involved was whether there was proper proof of publication, which was of the same character as that in *Petition of Phillips, ante,* p. 484, and the same doctrine was held as in that case. It was also held that the cases of *Matter of Douglass,* 46 N. Y. 42, and *Matter of Astor,* 50 id. 363, did not conflict with such doctrine.

*Order reversed.*